PER CURIAM.
Upon consideration of appellee’s motion to dismiss the appeal pursuant to Rule 2(a)(2)(D), A.R.App.P., we find that the motion is due to be granted, the appellant having substantially failed to comply with Rule 28(a), A.R.App.P. The appeal is dismissed on the authority of Eady v. Stewart Dredging & Construction Co., 463 So.2d 156 (Ala.1985); Stover v. Alabama Farm Bureau Ins. Co., 467 So.2d 251 (Ala.1985).
APPEAL DISMISSED.
TORBERT, C.J., and JONES, SHORES, ADAMS and STEAGALL, JJ., concur.